**Order filed December 14, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00472-CV
_____

**CURTIS TYLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-07582**

---

## ORDER

The notice of appeal in this case was filed August 16, 2021. The clerk responsible for preparing the record notified this court that appellant has not made payment for the record. No evidence that appellant has established indigence has been filed. *See* Tex. R. Civ. P. 145. On November 15, 2021, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court that appellant has made arrangements to pay for the clerk's record on or before December 29, 2021. *See* Tex. R. App. P. 35.3(c). If appellant fails to do so, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).


PER CURIAM


Panel Consists of Justices Jewell, Bourliot, and Poissant.